AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Daisy Margarita RICH | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 14, 2023__ in the county of __Jim Hogg__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:
Continued on Affidavit

☑ Continued on the attached sheet.

/S/Rebekah De La Rosa
*Complainant's signature*

Rebekah De La Rosa, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: January 17, 2023

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
In support of Criminal Complaint

UNITED STATES OF AMERICA

V.

Daisy Margarita RICH

CRIMINAL COMPLAINT

Case Number:

On January 14, 2023, a Border Patrol Agent (BPA) was working her assigned duties at the United States Border Patrol Immigration Checkpoint located on State Highway 16, In Hebbronville, Texas in Jim Hogg County. At approximately 01:00pm., a blue color four door Nissan Rogue, approached the primary inspection lane for an immigration inspection.

Once the vehicle arrived at primary. There were three visible occupants. The BPA asked the driver, Daisy Margarita RICH as to her citizenship and she stated she was a naturalized United States citizen. The front passenger stated she was a United States citizen. The BPA then noticed a back passenger inside the vehicle. RICH stated the back passenger was her granddaughter. The BPA then requested consent from RICH to check the trunk of the vehicle, which she replied with "Yes". As the BPA opened the trunk, BPA noticed a blanket covering a subject trying to conceal himself. BPA instructed the subject CARDOZA-ORRELLANA, Josue Isaias, to remove the blanket. BPA conducted an immigration inspection on CARDOZA-ORRELLAN, and he admitted to being a citizen of El Salvador and to illegally have entered the United States with no legal right to enter or remain in the United States. At that point all subjects were removed from the vehicle and place under arrest. All subjects were then transported to the Hebbronville Border Patrol station for further questioning and to be processed accordingly.

Daisy Margarita, RICH was read her Miranda Rights, and she acknowledged by signing Service Form I-214. RICH stated she was not willing to give a statement and requested a lawyer.

CARDOZA-ORELLANA, Josue Isaias, a national of El Salvador, is serving as a material witness in the case. He stated he illegally crossed the river into the United States through Reynosa, Mexico. CARDOZA-ORELLANA stated that once he crossed the river, he walked to an abandon house that was close proximity to the river. He was then later instructed by a man (unknown name) to get into a black car. After an unknown amount of time traveling, he was instructed to get out of the black car and get into a blue car. CARDOZA-ORELLANA got into the blue car and went to the trunk of the car. He then covered himself with a blanket that was already there in the trunk. CARDOZA-ORELLANA stated his final destination was Los Angeles.

SUBSCRIBED and SWORN to before me on

____17th____ day of ____January, 2023____

_____
Signature of Judicial Officer

/S/ De La Rosa, Rebekah    Border Patrol Agent
Signature of Complainant